# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____

No. 12-20630

_____

UNITED STATES OF AMERICA,

Plaintiff – Appellee

v.

INNOCENT RUTAHAGARA BATAMULA,

Defendant – Appellant

_____

Appeal from the United States District Court for the
Southern District of Texas, Houston

_____

(Opinion June 2, 2015, 5 Cir., 2015, 788 F.3d 166)

Before STEWART, Chief Judge, JOLLY, DAVIS, JONES, SMITH, DENNIS, CLEMENT, PRADO, OWEN, ELROD, SOUTHWICK, HAYNES, GRAVES, HIGGINSON and COSTA, Circuit Judges.

BY THE COURT:

A majority of the circuit judges in regular active service and not disqualified having voted in favor, on the Court's own motion, to rehear this case en banc,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.